# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-53 |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR RICKY FLAMENCO (ID#)05663109 |
| vs. | |
| RICKY FLAMENCO, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **RICKY FLAMENCO** before the United States District Court at Las Vegas, Nevada, on or about IA/AP Tues 3/17/2020 2:30 pm, DJA, 3A, for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: March 10, 2020

_____
UNITED STATES MAGISTRATE JUDGE

CAM FERENBACH
U.S. MAGISTRATE JUDGE

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
MELANEE SMITH
Assistant United States Attorney
Nevada State Bar Number 12940
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-53 |
| Plaintiff, | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR RICKY FLAMENCO (ID#)05663109 |
| vs. | |
| RICKY FLAMENCO, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **RICKY FLAMENCO** is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **RICKY FLAMENCO** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **RICKY FLAMENCO** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on IA/AP Tues 3/17/2020 2:30 pm, DJA, 3A, for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **RICKY FLAMENCO** before the United States District Court on or about IA/AP Tues 3/17/2020 2:30 pm, DJA, 3A, for arraignment and from time

to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **RICKY FLAMENCO** before the United States District Court on or about IA/AP Tues 3/17/2020 2:30 pm, DJA, 3A, for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 10th day of March, 2020

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

MELANEE SMITH
Assistant United States Attorney

2