UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00053-JAD-BNW |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| RICKY FLAMENCO, | ECF No. 41 |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that Sentencing currently scheduled on February 20, 2024 at the hour of 2:30 p.m., be vacated and continued to April 1, 2024, at 11:00 a.m.

Dated: February 12, 2024

_____
UNITED STATES DISTRICT JUDGE